IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COACH, INC., *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-0640 |
| ALEX TRADING, *et al.*, | § § § | |
| Defendants. | § | |

## ORDER

Plaintiffs filed a motion for continuance of the scheduling conference, (Docket Entry No. 10). The motion is granted. The initial pretrial and scheduling conference is reset to **July 28, 2014, at 2:00 p.m.** The joint discovery/case management plan is due by July 14, 2014.

SIGNED on May 21, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge