IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COACH, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-0640 |
| | § | |
| ALEX TRADING, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The agreed motion for an extension of defendant's answer deadline is granted. (Docket Entry No. 11). The defendant's answer deadline is extended to June 30, 2014.

SIGNED on May 21, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge