IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COACH, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-0640 |
| | § | |
| ALEX TRADING, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiffs filed a motion for continuance of the scheduling conference, (Docket Entry No. 25). The motion is granted. The initial pretrial and scheduling conference is reset to **December 18, 2014, at 2:00 p.m.** The joint discovery/case management plan is due by December 8, 2014.

SIGNED on September 24, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge