## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| COACH, INC., *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-14-0640 |
| | § | |
| ALEX TRADING, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

The Agreed Motion for Fourth Extension of Defendant's Answer Deadline is granted. The defendants' answer deadline is extended to **October 29, 2014**. The Agreed Motion for Continuance of the November 4, 2014 Initial Pretrial and Scheduling Conference is also granted.

SIGNED on September 25, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge